■ In the Matter of JEFFREY DINOWITZ et al., Appellants, v BRONX COUNTY COMMITTEE OF THE LIBERAL PARTY OF THE STATE OF NEW YORK et al., Respondents. [608 NYS2d 755] — Judgment, Supreme Court, Bronx County (John P. Collins, J.), entered February 9, 1994, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Nardelli, Williams and Tom, JJ.